# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** PETER C. WEAGRAFF
- **Case Number:** 15-24204-CMB     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 20, 2017 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#46 Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #: 46 / 0

## Appearances:

*J. Steidl* [signature]

- **Debtor:**
- **Trustee:** Winnecour / Bedford / (Pail) / Katz
- **Creditor:**

**CONFIRMATION ORDER TO BE SUBMITTED**

## Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
7/24/17 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

7/12/2017  1:35:00PM