# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> ANNETTE J. MILANO <br><br> Debtor. | Bankruptcy No. 11-12024-TPA <br><br> Chapter 7 <br><br> Related to Document No. 211 & 215 & 224 |
| ANNETTE J. MILANO, <br><br> Movant, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-1 By its servicer OCWEN LOAN SERVICING, LLC, <br><br> Respondent | |

## CONSENT ORDER OF COURT

AND NOW, this ____24th____, day of July, 2017, upon consideration of the Debtor's Motion for Contempt and Sanctions filed on January 18, 2017, and the Response of Deutsche Bank National Trust Company filed on February 6, 2017, the parties having resolved this matter hereby agree to the following terms:

1.  The Debtor will resume her monthly mortgage payments to Ocwen beginning with the August 2017 payment. The new monthly mortgage payment will be $416.41 consisting of principal and interest of $189.87 and escrow of $226.54.

2.  The current principal balance due on the loan is $48,555.42.

3. Ocwen shall provide an updated escrow analysis to the Debtor within 30 days. Within 90 days, Ocwen shall provide a loan history to the Debtor which has been updated to reflect the provisions set forth in this Order.

4. The 12 monthly mortgage payments that were missed while this matter was pending will be added to the balloon payment due on 12/1/33.

5. The escrow advance listed in the Ocwen payoff letter dated December 2, 2016, as attached to the Debtor's Motion as Exhibit "F", will be removed from the loan. All other fees and expenses listed in the Ocwen payoff letter dated December 2, 2016 will be removed from the loan and the loan will be considered current for the August 2017 payment.

6. Within 30 days of receipt of completed W-9 forms from Debtor's counsel and the Debtor, Ocwen will pay the sum of $2,000.00 to Debtor's counsel as attorney fees and will also pay the sum of $2,000.00 to the Debtor as damages.

IT IS HEREBY ORDERED THAT THE ABOVE SETTLEMENT TERMS ARE APPROVED.

THOMAS P. AGRESTI        jlm
United States Bankruptcy Judge

CONSENTED TO:

PHELAN HALLINAN DIAMOND &
JONES, LLP

Date: July 21, 2017

/s/ James A. Prostko
James A. Prostko, Esquire
PA ID No. 27221
Phelan Hallinan LLP
Omni William Penn Place Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

412.745.0600 / 412.745.0601 (fax)
james.prostko@phelanhallinan.com
Attorney for Respondent

MELARAGNO, PLACIDI, PARINI & VETICH

Date:   July 21, 2017                /s/John C. Melaragno
                                     John C. Melaragno, Esq.
                                     PA ID No. 80207
                                     502 West Seventh Street
                                     Erie, PA  16502
                                     814-459-5557
                                     johnm@mplegal.com
                                     Attorney for Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 15-24204-CMB
Peter C. Weagraff                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 2    Date Rcvd: Jul 24, 2017
                                  Form ID: pdf900    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
```
db              +Peter C. Weagraff,    2072 Haflinger Drive,    Irwin, PA 15642-6734
14138890         Best Egg / Systems & Services Tech,    PO Box 5493,    Carol Stream, IL 60197-5493
14197938         CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14138891         Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14159557         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14151298        +Cenlar Federal Savings & Loan,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
14138893        +Chase,    PO Box 15123,    Wilmington, DE 19850-5123
14138894         Comenity Bank - The Buckel,    PO Box 659704,    San Antonio, TX 78265-9704
14377870         ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14151302         Genpact Services, LLC,    PO Box 1969,    Southgate, MI 48195-0969
14138896         Harley Davidson Credit,    Dept. 15129,    Palatine, IL 60055-5129
14162134        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14167258        +JP MORGAN STUDENT LOAN TRUST 2007-A On behalf of,    MHEAC d/b/a ASA,    c/o Keith Coburn,
                  MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
14138901         Lowe's / Synchrony Bank,    PO Box 630914,    Atlanta, GA 30353-0914
14165648        +Midland Credit Management Inc,    as agent for Midland Funding LLC,    PO Box 2011,
                  Warren MI 48090-2011
14151312        +Pam Weagraff,    18 Bridie Lane,    Norfolk, MA 02056-1739
14219251        +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14138902         Subaru Motors Finance,    c/o Chase Bank,    PO Box 78076,    Phoenix, AZ 85062-8076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2017 01:28:09
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL  33131-1605
14138889        +E-mail/Text: bknotices@conduent.com Jul 25 2017 01:33:28     ACS,    PO Box 7051,
                  Utica, NY 13504-7051
14213287        +E-mail/Text: bncmail@w-legal.com Jul 25 2017 01:33:11     Cerastes, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14156228         E-mail/Text: mrdiscen@discover.com Jul 25 2017 01:32:41     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14138895         E-mail/Text: mrdiscen@discover.com Jul 25 2017 01:32:41     Discover Card,    PO Box 71084,
                  Charlotte, NC 28272-1084
14138898         E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2017 01:27:56     HH Gregg / Synchrony Bank,
                  PO Box 960061,    Orlando, FL 32896-0610
14151304        +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 25 2017 01:33:20     Harley Davidson Credit,
                  PO Box 21829,    Carson City, NV 89721-1829
14138897         E-mail/Text: bankruptcy.notices@hdfsi.com Jul 25 2017 01:33:20
                  Harley-Davidson Financial Services, Inc.,    Attention: Rider Services,    PO Box 22048,
                  Carson City, NV 89721-2048
14173069         E-mail/Text: bk.notifications@jpmchase.com Jul 25 2017 01:32:50     JPMorgan Chase Bank N.A.,
                  National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14138899         E-mail/Text: bnckohlsnotices@becket-lee.com Jul 25 2017 01:32:44     Kohl's,    PO Box 2983,
                  Milwaukee, WI 53201-2983
14209591         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2017 01:28:00
                  LVNV Funding, LLC its successors and assigns as,    assignee of LC Trust I,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14209592         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2017 01:27:48
                  LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation &,
                  LC Trust I,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14151308        +E-mail/Text: bk@lendingclub.com Jul 25 2017 01:33:18     Lending Club,
                  71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14151309        +E-mail/Text: bk@lendingclub.com Jul 25 2017 01:33:18     Lending Club,
                  71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
14138900         E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2017 01:27:46     Levin Furniture / Synchrony Bank,
                  PO Box 960061,    Orlando, FL 32896-0061
14140690         E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2017 01:28:09
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Harley-Davidson Credit Corp.
cr               JPMORGAN CHASE BANK, N.A.
cr               Pingora Loan Servicing, LLC
cr               Pingora Loan Servicing, LLC
14138892         Cenlar Mortgage
cr*              ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
14151295*       +ACS,    PO Box 7051,    Utica, NY 13504-7051
14151296*        Best Egg / Systems & Services Tech,    PO Box 5493,    Carol Stream, IL 60197-5493
14151297*        Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14151299*       +Chase,    PO Box 15123,    Wilmington, DE 19850-5123
14151300*        Comenity Bank - The Buckel,    PO Box 659704,    San Antonio, TX 78265-9704
14151301*        Discover Card,    PO Box 71084,    Charlotte, NC 28272-1084
```

```
District/off: 0315-2                User: gamr                    Page 2 of 2                    Date Rcvd: Jul 24, 2017
                                    Form ID: pdf900               Total Noticed: 34


              ***** BYPASSED RECIPIENTS (continued) *****
14151306*         HH Gregg / Synchrony Bank,    PO Box 960061,    Orlando, FL 32896-0610
14151303*         Harley Davidson Credit,    Dept. 15129,    Palatine, IL 60055-5129
14298797*        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14151305*         Harley-Davidson Financial Services, Inc.,    Attention: Rider Services,    PO Box 22048,
                   Carson City, NV 89721-2048
14151307*         Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
14151310*         Levin Furniture / Synchrony Bank,    PO Box 960061,    Orlando, FL 32896-0061
14151311*         Lowe's / Synchrony Bank,    PO Box 630914,    Atlanta, GA 30353-0914
14151313*         Subaru Motors Finance,    c/o Chase Bank,    PO Box 78076,    Phoenix, AZ 85062-8076
                                                                                            TOTALS: 5, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
              Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. speck@lobaf.com,
               BarbaraF@lobaf.com
              Celine P. DerKrikorian    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Peter C. Weagraff julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7