# PROCEEDING MEMO

Date: 09/27/2017  10:00 am

In re: Peter C. Weagraff

Bankruptcy No. 15-24204-CMB
Chapter: 13
Doc. # 54

Appearances: Winnecour / ~~Pail / Bedford / Katz~~

Movant(s): James C. Warmbrodt   for JPMorgan Chase

Respondents: ~~Kenneth Steidl~~  Abigale Steidl, Debtor

Creditor(s):

Nature of Proceeding: #54 Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A.

Additional Pleadings: Certificate of Service;  #57 Answer by Debtor

Judge's Notes:   Parties requested 60 day continuance.

Outcome:   Cont'd to Nov. 29, 2017 at 11:00 a.m.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED     Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED     Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:     Movant(s) brief due _____ days
                                Respondent(s) brief due _____ days
                                Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
9/27/17 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24204-CMB
Peter C. Weagraff                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1              Date Rcvd: Sep 27, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db             +Peter C. Weagraff,    2072 Haflinger Drive,    Irwin, PA 15642-6734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
              Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. speck@lobaf.com,
               BarbaraF@lobaf.com
              Celine P. DerKrikorian    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Peter C. Weagraff julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7