IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Peter C. Weagraff<br>    Debtor<br><br>JPMorgan Chase Bank, N.A.<br>    Movant<br>  v.<br>Peter C. Weagraff<br>  and<br>Ronda J. Winnecour, Trustee<br>    Respondents | NO. 15-24204 CMB<br><br>CHAPTER 13<br><br>Related to Doc. 54, 57 |

## **STIPULATION AND ORDER**

  AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

  WHEREAS, Movant maintains a claim secured by Debtor's 2015 Subaru Impreza WG, VIN JF1GPAC60F8299358;

  WHEREAS, Debtor's payments to Movant are delinquent;

  WHEREAS, Movant has filed a motion for relief from the automatic stay seeking to recover possession of its collateral;

  WHEREAS, Debtor has filed a response objecting to the motion for relief from stay.

  It is therefore Stipulated and agreed as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to the 2015 Subaru Impreza WG, VIN JF1GPAC60F8299358; provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 2-5, below.

2. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

3. Time is of the essence as to all plan payments going forward.

4. For the duration of this bankruptcy case, in the event that the Debtor fails to make any subsequent plan payments to the Chapter 13 Trustee, then the stay provided in Paragraph 1, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to the 2015 Subaru Impreza WG, VIN JF1GPAC60F8299358, upon the filing of an Affidavit of Default by Movant, without further hearing or without entry of an additional order, unless the Trustee has received payment of the full amount of the delinquent payment(s) within fifteen (15) days from the date the Affidavit of Default is filed. Such Affidavit of Default shall contain a statement of default as supported by the Movant's own records as well as the records of the Chapter 13 Trustee.

4. Relief from the automatic stay shall be effective immediately upon conversion of Debtor's case to a case under Chapter 7.

5. In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject collateral, unless directed otherwise by further Order of Court.

Consented to by:

*/s/ Julie Steidl, Esquire*
Julie Steidl, Esquire
Willis & Associates
Attorney for Debtor
Suite 2830 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-391-8000
julie.steidl@steidl-steinberg.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

*/s/ Jana Pail, Esquire*
Jana Pail, Esquire
Attorney for Chapter 13 Trustee
US Steel Tower-Suite 3250
Pittsburgh, PA  15219

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

*[signature: Carlota M. Böhm]*

FILED
1/3/18 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-24204-CMB
Peter C. Weagraff                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric            Page 1 of 1           Date Rcvd: Jan 03, 2018
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db             +Peter C. Weagraff,    2072 Haflinger Drive,    Irwin, PA 15642-6734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
      Ann E. Swartz    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
      Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. speck@lobaf.com,
       BarbaraF@lobaf.com
      Celine P. DerKrikorian    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Peter C. Weagraff julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
       einberg.com;rlager@st
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                  TOTAL: 7