Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Peter C. Weagraff**
   Debtor(s)

Bankruptcy Case No.: 15–24204–CMB
Related to Doc. No. 68
Chapter: 13
Docket No.: 69 – 68
Concil. Conf.: March 15, 2018 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __24th__ day of __January__, _2018_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    All parties listed on the attached mailing matrix.

Executed on __1/24/18__         __/s/ Kenneth Steidl__
       (Date)                                    (Signature)

__Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219__
(Type Name and Mailing Address of Person Who Made Service)