Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Peter C. Weagraff**
   Debtor(s)

Bankruptcy Case No.: 15–24204–CMB
Related to Doc. No. 68
Chapter: 13
Docket No.: 69 – 68
Concil. Conf.: March 15, 2018 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __24th__ day of __January__, __2018__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail

on the respondent(s) at (list names and addresses here):

   All parties listed on the attached mailing matrix.

Executed on __1/24/18__      __/s/ Kenneth Steidl__
      (Date)                              (Signature)

__Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219__
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing        ACS                                   Best Egg / Systems & Services Tech
0315-2                                  PO Box 7051                           PO Box 5493
Case 15-24204-CMB                       Utica, NY 13504-7051                  Carol Stream, IL 60197-5493
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jan 24 09:39:38 EST 2018

CAPITAL ONE, N.A.                       Capital One Bank                     Capital One Bank (USA), N.A.
C/O BECKET AND LEE LLP                  PO Box 71083                          PO Box 71083
PO BOX 3001                             Charlotte, NC 28272-1083              Charlotte, NC  28272-1083
MALVERN, PA 19355-0701


Cenlar Federal Savings & Loan           Cerastes, LLC                        Chase
425 Phillips Blvd.                      C O WEINSTEIN & RILEY, PS             PO Box 15123
Trenton, NJ 08618-1430                  2001 WESTERN AVENUE, STE 400          Wilmington, DE 19850-5123
                                        SEATTLE, WA 98121-3132


Comenity Bank - The Buckel              Celine P. DerKrikorian               Discover Bank
PO Box 659704                           McCabe, Weisberg & Conway PC          Discover Products Inc
San Antonio, TX 78265-9704              123 South Broad Street                PO Box 3025
                                        Suite 1400                            New Albany, OH  43054-3025
                                        Philadelphia, PA 19109-1060


Discover Card                           ECMC                                 Barbara A. Fein
PO Box 71084                            P.O. Box 16408                        721 Dresher Road
Charlotte, NC 28272-1084                St. Paul, MN 55116-0408               Suite 1050
                                                                              Horsham, PA 19044-2266


Genpact Services, LLC                   HH Gregg / Synchrony Bank            Harley Davidson Credit
PO Box 1969                             PO Box 960061                         Dept. 15129
Southgate, MI 48195-0969                Orlando, FL 32896-0610                Palatine, IL 60055-5129


Harley Davidson Credit                  Harley-Davidson Credit Corp.         Harley-Davidson Financial Services, Inc.
PO Box 21829                            PO Box 9013                           Attention: Rider Services
Carson City, NV 89721-1829              Addison, Texas 75001-9013             PO Box 22048
                                                                              Carson City, NV 89721-2048


JP MORGAN STUDENT LOAN TRUST 2007-A On behal   JPMorgan Chase Bank N.A.      Kohl's
MHEAC d/b/a ASA                         National Bankruptcy Department        PO Box 2983
c/o Keith Coburn                        P.O.Box 29505 AZ1-1191                Milwaukee, WI 53201-2983
MHEAC d/b/a ASA                         Phoenix , AZ 85038-9505
100 Cambridge Street, Suite 1600
Boston, MA 02114-2518

LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
assignee of LC Trust I                  assignee of LendingClub Corporation &   PO Box 10587
Resurgent Capital Services              LC Trust I                            Greenville, SC  29603-0587
PO Box 10587                            Resurgent Capital Services
Greenville, SC 29603-0587               PO Box 10587
                                        Greenville, SC 29603-0587

Lending Club                            Lending Club                         Levin Furniture / Synchrony Bank
71 Stevenson Street, Suite 300          71 Stevenson, Suite 300               PO Box 960061
San Francisco, CA 94105-2985            San Francisco, CA 94105-2985          Orlando, FL 32896-0061
```

| | | |
|---|---|---|
| Lowe's / Synchrony Bank<br>PO Box 630914<br>Atlanta, GA 30353-0914 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pam Weagraff<br>18 Bridie Lane<br>Norfolk, MA 02056-1739 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pingora Loan Servicing, LLC<br>c/o Cenlar FSB<br>425 Phillips Boulevard<br>Ewing, NJ 08618-1430 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Subaru Motors Finance<br>c/o Chase Bank<br>PO Box 78076<br>Phoenix, AZ 85062-8076 | Ann E. Swartz<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Peter C. Weagraff<br>2072 Haflinger Drive<br>Irwin, PA 15642-6734 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cenlar Mortgage | (d)ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (u)Harley-Davidson Credit Corp. |
| (d)Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | (u)JPMORGAN CHASE BANK, N.A. | (u)Pingora Loan Servicing, LLC |

End of Label Matrix
Mailable recipients    43
Bypassed recipients     6
Total                  49