# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | PETER C. WEAGRAFF |
| Case Number: | 15-24204-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 15, 2018 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/20/18 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#68 - Amended Plan Dated: 1-15-2018 (FC)
    +Objections By: Pingora Loan Servicing, LLC
R / M #: 68 / 0

*Appearances:*

Debtor: R. Steidl

Trustee: Winnecour / Pail / Katz

Creditor:

[Handwritten notes:] Amended Plan Contingent on Sale. Agreement of Sale for price $355 K –

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/21/18 at 1:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

[Handwritten:] Can It for Sale