Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Peter C. Weagraff** | : | Case No. 15−24204−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. No. 84 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 15th of June, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-24204-CMB
Peter C. Weagraff                                                       Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                  Page 1 of 2                  Date Rcvd: Jun 15, 2018
                              Form ID: 309                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db             +Peter C. Weagraff,    3209 Forest Lane,    Murrysville, PA 15668-1404
14138890        Best Egg / Systems & Services Tech,    PO Box 5493,    Carol Stream, IL 60197-5493
14151298       +Cenlar Federal Savings & Loan,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
14151302        Genpact Services, LLC,    PO Box 1969,    Southgate, MI 48195-0969
14138896        Harley Davidson Credit,    Dept. 15129,    Palatine, IL 60055-5129
14162134       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14167258       +JP MORGAN STUDENT LOAN TRUST 2007-A On behalf of,    MHEAC d/b/a ASA,    c/o Keith Coburn,
                 MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
14138901        Lowe's / Synchrony Bank,    PO Box 630914,    Atlanta, GA 30353-0914
14151312       +Pam Weagraff,    18 Bridie Lane,    Norfolk, MA 02056-1739
14219251       +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14138902        Subaru Motors Finance,    c/o Chase Bank,    PO Box 78076,    Phoenix, AZ 85062-8076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Jun 16 2018 05:28:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14138889       +E-mail/Text: bknotices@conduent.com Jun 16 2018 01:37:16       ACS,    PO Box 7051,
                 Utica, NY 13504-7051
14197938        EDI: BL-BECKET.COM Jun 16 2018 05:28:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN, PA 19355-0701
14138891        EDI: CAPITALONE.COM Jun 16 2018 05:28:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
14159557        EDI: CAPITALONE.COM Jun 16 2018 05:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14213287       +E-mail/Text: bncmail@w-legal.com Jun 16 2018 01:36:50      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14138893       +EDI: CHASE.COM Jun 16 2018 05:28:00      Chase,    PO Box 15123,    Wilmington, DE 19850-5123
14138894        EDI: WFNNB.COM Jun 16 2018 05:28:00      Comenity Bank - The Buckel,    PO Box 659704,
                 San Antonio, TX 78265-9704
14156228        EDI: DISCOVER.COM Jun 16 2018 05:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14138895        EDI: DISCOVER.COM Jun 16 2018 05:28:00      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
14377870        EDI: ECMC.COM Jun 16 2018 05:28:00      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14138898        EDI: RMSC.COM Jun 16 2018 05:28:00      HH Gregg / Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0610
14151304       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 16 2018 01:37:03       Harley Davidson Credit,
                 PO Box 21829,    Carson City, NV 89721-1829
14138897        E-mail/Text: bankruptcy.notices@hdfsi.com Jun 16 2018 01:37:03
                 Harley-Davidson Financial Services, Inc.,    Attention: Rider Services,    PO Box 22048,
                 Carson City, NV 89721-2048
14173069        EDI: CAUT.COM Jun 16 2018 05:28:00      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14138899        EDI: CBSKOHLS.COM Jun 16 2018 05:28:00      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
14209591        EDI: RESURGENT.COM Jun 16 2018 05:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of LC Trust I,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14209592        EDI: RESURGENT.COM Jun 16 2018 05:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14741948        EDI: RESURGENT.COM Jun 16 2018 05:28:00      LVNV Funding, LLC its successors and assigns as as,
                 PO Box 10587,    Greenville, SC  29603-0587
14151308       +E-mail/Text: bk@lendingclub.com Jun 16 2018 01:37:00       Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14151309       +E-mail/Text: bk@lendingclub.com Jun 16 2018 01:37:00       Lending Club,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
14138900        EDI: RMSC.COM Jun 16 2018 05:28:00      Levin Furniture / Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14165648       +EDI: MID8.COM Jun 16 2018 05:28:00      Midland Credit Management Inc,
                 as agent for Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
14140690        EDI: RECOVERYCORP.COM Jun 16 2018 05:28:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp.
cr              JPMORGAN CHASE BANK, N.A.
cr              Pingora Loan Servicing, LLC
cr              Pingora Loan Servicing, LLC
14138892        Cenlar Mortgage
```

```
District/off: 0315-2           User: dric                  Page 2 of 2                  Date Rcvd: Jun 15, 2018
                               Form ID: 309                Total Noticed: 35

cr*             ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
14151295*      +ACS,    PO Box 7051,    Utica, NY 13504-7051
14151296*       Best Egg / Systems & Services Tech,    PO Box 5493,    Carol Stream, IL 60197-5493
14151297*       Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14151299*      +Chase,    PO Box 15123,    Wilmington, DE 19850-5123
14151300*       Comenity Bank - The Buckel,    PO Box 659704,    San Antonio, TX 78265-9704
14151301*       Discover Card,    PO Box 71084,    Charlotte, NC 28272-1084
14151306*       HH Gregg / Synchrony Bank,    PO Box 960061,    Orlando, FL 32896-0610
14151303*       Harley Davidson Credit,    Dept. 15129,    Palatine, IL 60055-5129
14298797*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14151305*       Harley-Davidson Financial Services, Inc.,    Attention: Rider Services,    PO Box 22048,
                 Carson City, NV 89721-2048
14151307*       Kohl’s,    PO Box 2983,    Milwaukee, WI 53201-2983
14151310*       Levin Furniture / Synchrony Bank,    PO Box 960061,    Orlando, FL 32896-0061
14151311*       Lowe’s / Synchrony Bank,    PO Box 630914,    Atlanta, GA 30353-0914
14151313*       Subaru Motors Finance,    c/o Chase Bank,    PO Box 78076,    Phoenix, AZ 85062-8076
                                                                                 TOTALS: 5, * 15, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              Celine P. DerKrikorian    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Peter C. Weagraff julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```