**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PETER C. WEAGRAFF

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-24204

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/18/2015 and confirmed on 02/04/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,755.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,755.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,284.82 | |
| Trustee Fee | 2,867.54 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,152.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PINGORA LOAN SERVICING LLC | 0.00 | 56,035.96 | 0.00 | 56,035.96 |
| Acct: 9998 | | | | |
| PINGORA LOAN SERVICING LLC | 79.59 | 0.00 | 0.00 | 0.00 |
| Acct: 9998 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2380 | | | | |
| | | | | 56,035.96 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PETER C. WEAGRAFF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,284.82 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 8,797.16 | 6,566.68 | 0.00 | 6,566.68 |
| Acct: 5590 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5590 | | | | |

| 15-24204 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   PINGORA LOAN SERVICING LLC | 1,400.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9998 | | | | |
| | | | | 6,566.68 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 2,172.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 4285 | | | | |
|   ECMC(*) | 119,741.34 | 0.00 | 0.00 | 0.00 |
|     Acct: 3114 | | | | |
|   CERASTES LLC | 29,532.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 6141 | | | | |
|   CAPITAL ONE BANK NA** | 6,734.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 0629 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3340 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3007 | | | | |
|   DISCOVER BANK(*) | 9,106.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 6265 | | | | |
|   MIDLAND FUNDING LLC | 5,660.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 9599 | | | | |
|   CAPITAL ONE NA** | 244.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 1882 | | | | |
|   LVNV FUNDING LLC | 7,939.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 7304 | | | | |
|   LVNV FUNDING LLC | 10,964.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 4699 | | | | |
|   MIDLAND FUNDING LLC | 353.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 9283 | | | | |
|   PAM WEAGRAFF | 10,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 477.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 2380 | | | | |
|   ANN E SWARTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                       62,602.64

```
TOTAL CLAIMED
  PRIORITY              10,197.16
  SECURED                   79.59
  UNSECURED            202,926.94
```

Date: 07/22/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com